RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 0 5 2026

DANIEL J. McCOY CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

AURORA IMOGEN RUSH,
    a.k.a. Jared Allen Roberts,

        Defendant

_____/

18 U.S.C. § 922(a)(6)

5:26-cr-00297-01
Judge Van Hook
Magistrate Judge Hornsby

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**Purchase of Firearms by Means of a False Statement**
[18 U.S.C. § 922(a)(6)]

On or about December 20, 2025, in the Western District of Louisiana, the defendant,

**AURORA IMOGEN RUSH,**
**a.k.a. Jared Allen Roberts,**

in connection with the acquisition of a firearm from a federally licensed firearm dealer, that is, Company 1 located in Bossier City, Louisiana, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant stated in a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that the defendant had never been convicted in any court of a felony or other crime for which a judge could have imprisoned the defendant for more than one year when, in truth and in fact, and as the defendant then and there well knew, the defendant had been convicted in any

1

court of a felony or other crime for which a judge could have imprisoned the defendant for more than one year, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
### False Statement to a Firearms Dealer
[18 U.S.C. § 922(a)(6)]

On or about March 19, 2026, in the Western District of Louisiana, the defendant,

**AURORA IMOGEN RUSH,**
**a.k.a. Jared Allen Roberts,**

in connection with the acquisition of a firearm from a federally licensed firearm dealer, that is, Company 2 located in Bossier City, Louisiana, did knowingly cause a false and fictitious written statement to be made to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the acquisition of said firearm, in that the defendant stated in a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that the defendant had never been convicted in any court of a felony or other crime for which a judge could have imprisoned the defendant for more than one year when, in truth and in fact, and as the defendant then and there well knew, the defendant had been convicted in any court of a felony or other crime for which a judge could have imprisoned the defendant for more than one year, in violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE NOTICE

A.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of

America of certain property to which the defendant, **AURORA IMOGEN RUSH, a.k.a. Jared Allen Roberts**, has an interest.

B.     Upon conviction of a violation of Title 18, United States Code, Section 922(a)(6), or any other criminal law of the United States of America, as alleged in this Indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

C.     The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1.   a Hi-Point rifle, Model: 1095, Caliber: 10mm; and

2.   a CBC Braztech International R95 Rifle Caliber: .30-30 Winchester

All pursuant to Title 18, United States Code, Section 924(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

*REDACTED*

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

SAMUEL SCOTT CRICHTON
ASSISTANT UNITED STATES ATTORNEY

3