RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 0 5 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

AURORA IMOGEN RUSH,
    a.k.a. Jared Allen Roberts,

        Defendant

_____/

5:26-cr-00297-01
Judge Van Hook
Magistrate Judge Hornsby

### MOTION TO SEAL INDICTMENT

The United States of America, through its undersigned counsel, respectfully asks that this Court seal an indictment returned in the above captioned matter.

1

On August 5, 2026, a federal grand jury seated in the Shreveport Division of the United States District Court for the Western District of Louisiana returned a two-count indictment. The United States requested that this indictment be placed under seal when presented and returned before the United States Magistrate Judge. Furthermore, based on this Court's policies, the United States hereby moves for an order sealing this indictment.

2

Also, the government moves that all court personnel, including employees of the Clerk of Court's Office, Probation Office, and Marshal's Service, be instructed not to reveal the existence of this indictment or the defendant's identity to anyone, such as news media and defense counsel.

3

Finally, the government respectfully asks that nothing in the sealing order issued by this Court be construed to restrict law enforcement from communicating information about this indictment to any person for the limited purpose of apprehension and arrest of the named defendant.

WHEREFORE, the United States of America hereby moves for an order of this Court sealing the above captioned indictment until a further order of this Court following a motion of the government to unseal this indictment.

Respectfully submitted,

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_____
SAMUEL S. CRICHTON, LA Bar No. 35726
ASSISTANT UNITED STATES ATTORNEY

2