U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

AUG 0 5 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA

v.

AURORA IMOGEN RUSH,
    a.k.a. Jared Allen Roberts,

        Defendant

_____/

5:26-cr-00297-01
Judge Van Hook
Magistrate Judge Hornsby

## O R D E R

Considering the Motion to Seal Indictment in the captioned matter,

IT IS HEREBY ORDERED AND ADJUDGED that the Indictment in this matter is hereby ORDERED sealed;

IT IS FURTHER ORDERED that ALL court personnel, including but not limited to: the Clerk of Court, U.S. Probation, and the U.S. Marshal, are hereby instructed <u>not</u> to reveal the existence of said Indictment to anyone, specifically including the news media and/or defense attorney(s). Nothing in this Order shall restrict law enforcement agencies or personnel from communicating information regarding this Indictment to any party for purposes related to the apprehension and arrest of the defendant;

IT IS FURTHERED ORDERED that the above captioned Indictment shall remain SEALED until ordered by the Court upon the Government's Motion to Unseal.

DONE AND SIGNED this 5th day of August 2026, at Shreveport, Louisiana.

_____
HON. MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE