**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened **at 6:30 p.m.** on Wednesday, August 5, 2026, and adjourned at **6:50 p.m.**

PRESENT:      Mark L. Hornsby, Magistrate Judge, Presiding
                     Jill Keller, Minute Clerk
                     Recorded: Liberty Court Recorder 3
                     Time in Court: 20 minutes

### GRAND JURY REPORT

 X  Partial Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

#### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:26-cr-00294-01* | X | |
| 1:26-cr-00304-01*** | X/WRIT | |
| 1:26-cr-00306-01*** | X/WRIT | |
| 2:26-cr-00308-01* | X | |
| 5:26-cr-00295-01*** | X/WRIT | |
| 5:26-cr-00298-01* | X | |
| 5:26-cr-00302-01*** | X/WRIT | |
| 5:26-cr-00303-01*** | X/WRIT | |
| 6:26-cr-00307-01* | X | |

#### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:26-cr-00305-01 | X | |
| 1:26-cr-00313-01 | X | |
| 3:26-cr-00309-01 | X | |
| 3:26-cr-00310-01 | X | |
| 3:26-cr-00311-01 | X | |
| 5:26-cr-00296-01 | X | |
| 5:26-cr-00297-01 | X | |
| 5:26-cr-00299-01 | X | |
| 5:26-cr-00300-01*** | X/WRIT | |
| 5:26-cr-00300-02 | X | |
| 5:26-cr-00301-01 | X | |
| 5:26-cr-00301-02*** | X/WRIT | |
| 5:26-cr-00312-01 | X | |

 X  Warrants/summons ordered issued as indicated.
  *   In Federal Custody
 **  Superseding Indictment
*** State Custody