**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  5:26-CR-00297-01** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **AURORA IMOGEN RUSH (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Initial Appearance**

| | | | |
|---|---|---|---|
| Date: | 8/06/2026 | Presiding: Magistrate Judge Mark L. Hornsby | |
| Court Opened: | 10:30 a.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 10:50 a.m. | Court Reporter: | LCR |
| Statistical Time: | 0:10 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Samuel Scott Crichton  (AUSA) | For | United States of America |
| Charles H Kammer III  (AFPD) | For | Aurora Imogen Rush (01) Defendant |
| Aurora Imogen Rush (01) Defendant | | |

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**INITIAL APPEARANCE on Indictment:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel.  The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

The court granted the Government's oral motion to unseal the indictment.

The court granted Charles H Kammer III's oral motion to enroll as appointed counsel through the Office of the Federal Public Defender for the defendant.

The court reminded the Government of its obligations under Brady and Giglio and the consequences of failing to do so.

**ARRAIGNMENT:**

Arraignment was set for **August 10, 2026** at **2:30 p.m.** before Magistrate Judge Mark L. Hornsby in Courtroom 3.

**BOND DETERMINATION/DETENTION HEARING:**

The court granted the government's oral motion for temporary detention pending a detention hearing. The detention hearing was set for **August 10, 2026** at **2:30 p.m.** before Magistrate Judge Hornsby in Courtroom 3. Accordingly, the defendant is remanded to the custody of the U.S. Marshal pending the detention hearing.