**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA**          **CRIMINAL NO.  5:26-CR-00297-01**

**versus**                            **JUDGE ALEXANDER C. VAN HOOK**

**AURORA IMOGEN RUSH (01)**           **MAGISTRATE JUDGE HORNSBY**


**THE DUE PROCESS PROTECTION ACT**
**DISCOVERY ORDER**

An initial appearance or other proceeding has been held in this case. In accordance with Rule 5 (as amended on Oct. 21, 2020), the Government is ordered to turn over Brady and Giglio evidence promptly to the defense.  Failure to do so may result in serious consequences, which may include the imposition of severe disciplinary action (including sanctions or contempt) against the responsible AUSA; adverse jury instructions; exclusion of evidence; and/or dismissal of charges.

Mark L. Hornsby
U.S. Magistrate Judge