**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  5:26-CR-00297-01** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **AURORA IMOGEN RUSH (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Arraignment \ Detention Hearing**

| | | | |
|---|---|---|---|
| Date: | 8/10/2026 | Presiding: Magistrate Judge Mark L. Hornsby | |
| Court Opened: | 2:30 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 4:05 p.m. | Court Reporter: | LCR |
| Statistical Time: | 1:35 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Samuel Scott Crichton   (AUSA) | For | United States of America |
| Charles H Kammer III   (AFPD) | For | Aurora Imogen Rush (01) Defendant |
| Holly Merriam  (AFPD) | For | Aurora Imogen Rush (01) Defendant |
| Aurora Imogen Rush (01) Defendant | | |

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**ARRAIGNMENT:**

The court granted Charles H Kammer III's oral motion to enroll as appointed counsel through the Office of the Federal Public Defender for the defendant.

The court granted Holly Merriam's oral motion to enroll as appointed counsel through the Office of the Federal Public Defender for the defendant.

The defendant waived reading of the Indictment and entered a plea of not guilty to all counts in which the defendant is named.

The court granted the defendant's oral motion for Rule 16 Discovery and the government's oral motion for reciprocal Rule 16 Discovery.

**DEADLINE FOR MOTIONS:  September 10, 2026**

**STATUS CONFERENCE: September 16, 2026** at **3:00 p.m.** in chambers of Magistrate Judge Mark L. Hornsby.

**DETENTION HEARING:**

A detention hearing was held. Considering the evidence presented, the arguments of counsel, and the applicable law, the court found that there are no conditions of release that would reasonably assure the safety of the community.  Accordingly, the court ordered that the defendant be remanded into the custody of the U.S. Marshal pending trial.  A written order of detention was filed herewith.

**FILINGS:** Witness List, Exhibit List