**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT COURT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 5:26-CR-00297** |
| **VERSUS** | **JUDGE VAN HOOK** |
| **AURORA IMOGEN RUSH** | **MAGISTRATE JUDGE HORNSBY** |

**MOTION FOR REVOCATION OF DETENTION ORDER**

NOW INTO COURT, through undersigned counsel, comes defendant, **AURORA IMOGEN RUSH**, for reasons more fully set forth in the accompanying memorandum, who respectfully moves this Honorable Court to vacate the Magistrate Judge's detention order pursuant to 18 U.S.C. § 3145(b). Defendant humbly requests to be released from detention with conditions, such as the use of an ankle monitor, electronic device restrictions, or any other condition the Court deems appropriate.

RESPECTFULLY SUBMITTED,
CRISTIE GAUTREAUX GIBBENS
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

***/s/ Charles H. Kammer, III***

**Charles H. Kammer, III**
LSBA NO. 21658
300 Fannin Street, Ste. 2199
Shreveport, Louisiana 71101
Tel: (318) 676-3310
Pete_Kammer@fd.org
Assistant Federal Public Defender
***Attorney for Defendant***

**s/ *Holly C. Merriam***

**Holly C. Merriam**
LSBA NO. 41581
300 Fannin Street, Suite 2199
Shreveport, Louisiana 71101
Tel: (318) 676-3310
Holly_Merriam@fd.org
Assistant Federal Public Defender
***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 26, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent by operation of the Court's electronic filing system to all counsel of record.

***s/ Charles H. Kammer, III***