**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT COURT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 5:26-CR-00297** |
| **VERSUS** | **JUDGE VAN HOOK** |
| **AURORA IMOGEN RUSH** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

CONSIDERING THE FOREGOING Motion to Revoke the Magistrate Judge's Detention Order and Request for Immediate Release with Conditions:

IT IS HEREBY ORDERED that the Motion for to Revoke the Magistrate Judge's Detention Order is granted and defendant is ordered released.

Shreveport, Louisiana, this ________ day of ___________________, 2026.

___________________________________
UNITED STATES DISTRICT JUDGE