**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 26-297 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| AURORA IMOGEN RUSH | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that defendant's Appeal of Magistrate Judge Decision, Record Document 23, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of September, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE