**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT COURT OF LOUISIANA**

**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA** — **CASE NO.: 5:26-CR-00297**

**VERSUS** — **JUDGE VAN HOOK**

**AURORA IMOGEN RUSH** — **MAGISTRATE JUDGE HORNSBY**

---

**ORDER**

PREMISES CONSIDERED:

IT IS HEREBY ORDERED that the Warden, Caddo Correctional Center, shall administer to AURORA IMOGEN RUSH prescriptions as recommended by the defendant's physician, including but not limited to the following:, or their generic equivalent:

| | | |
|---|---|---|
| Estradiol Valerate 100 mg/5 ml | Strength 20 mg/ml | 0.3 (6mg) injected via intramuscular route every week |
| Progesterone | 200 mg capsule | take 1 capsule by mouth once a day |

Shreveport, Louisiana, this 22nd day of September, 2026.

Mark L. Hornsby
U.S. Magistrate Judge