**MINUTES [0:30]**

**UNITED STATES OF AMERICA** **CRIMINAL ACTION NO. 5:26-CR-00297-01**

**VERSUS** **JUDGE ALEXANDER C. VAN HOOK**

**AURORA IMOGEN RUSH (01)** **MAGISTRATE JUDGE HORNSBY**

**********************

A Status Conference was held before Magistrate Judge Hornsby on October 20, 2026. Present for the Government was Samuel Scott Crichton and present for Defendant was Charles H. Kammer, III. Oral motion granting Charles H Kammer III to withdraw as counsel and is relieved of his appointment. The office of the Federal Public Defender is to recommend new counsel to represent the defendant in all further proceedings.

Counsel for the Government stated that this matter will be presented to the grand jury at the next session. Further proceedings or arraignment is set before Magistrate Judge Hornsby on November 10, 2026 at 2:00 p.m. Accordingly, no scheduling order will be entered at this time. The court finds that this delay is necessary in the interests of justice.

**October 21, 2026**

Mark L. Hornsby
U.S. Magistrate Judge