UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:26-CR-00297 |
| VERSUS | JUDGE VAN HOOK |
| AURORA IMOGEN RUSH<br>a.k.a. Jared Allen Roberts | MAGISTRATE JUDGE HORNSBY |

**ORDER APPOINTING PANEL ATTORNEY**

On the basis of the evidence in the record of the defendant's financial condition, the Court determines that the defendant is financially unable to employ counsel.

IT IS HEREBY ORDERED that **SARAH GIGLIO** is hereby appointed from the CJA Panel to represent the defendant in this matter.

Appointment Date: October 22, 2026

THUS DONE in Chambers on this 22nd day of October 2026.

Mark L. Hornsby
United States Magistrate Judges